N. E. Cederholmes, plaintiff in error, v. Peoples Trust and Savings Bank, defendant in error. Gen. No. 8,770.

Opinion filed September 18, 1934.

Burrel Barash, for plaintiff in error; Louis Gard, of counsel. Nelson, Neagle & Gustafson, for defendant in error.

Mr. Justice Dove delivered the opinion of the court.

FOURTH DISTRICT.

Margaret H. Williams, appellee, v. The Prudential Insurance Company of America, appellant.

Opinion filed May 16, 1934.

Kramer, Campbell, Costello & Wiechert, John C. Roberts and Warnock, Williamson & Burrows, for appellant. Cullen, Fauntleroy & Edwards and M. R. Sullivan, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

Bettie Davis, appellee, v. East St. Louis and Suburban Railway Company, appellant.

Opinion filed June 27, 1934.

Farmer, Klingel & Baltz, for appellant. Preston K. Johnson, for appellee.

Mr. Presiding Justice Edwards delivered the opinion of the court.

Elizabeth Brown, administratrix of the estate of Sylvester Brown, deceased, appellee, v. H. A. Grabbe, trading as H. A. Grabbe Construction Company, appellant.

Opinion filed July 7, 1934.

C. C. Ellison, for appellant. No appearance for appellee.

Mr. Justice Stone delivered the opinion of the court.